**Fill in this information to identify your case:**

Debtor 1  Meredith Slayden Dillard
First Name        Middle Name        Last Name

Debtor 2  Matthew Dennis Dillard
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Middle District of Georgia

Case number  24-30664-AEC
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 850,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 52,231.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 902,231.00 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ 897,868.32 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 820,663.56 |
| **Your total liabilities** | $ 1,718,531.88 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 8,500.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 8,367.00 |

| Debtor 1 | Meredith Dillard & Matthew Dillard | | Case number *(if known)* | 24-30664-AEC |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1    Meredith Slayden Dillard
            First Name        Middle Name        Last Name

Debtor 2    Matthew Dennis Dillard
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Middle District of Georgia

Case number    24-30664-AEC
(if know)

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  1620 Coneflower Lane
     Street address, if available, or other description

     _____

     Statham GA      30666
     City    State    ZIP Code

     Oconee County
     County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 850,000.00 | $ 850,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................➤  | $850,000.00 |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor 1    Meredith Slayden Dillard & Matthew Dennis Dillard    Case number *(if known)* 24-30664-AEC
First Name    Middle Name    Last Name

---

3.1 Make: Infiniti

Model: QX80

Year: 2020

Approximate mileage: 120,000

Other information:

Condition: Very Good;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**  $ 20,000.00

**Current value of the portion you own?**  $ 20,000.00

---

3.2 Make: BMW

Model: X5

Year: 2013

Approximate mileage: 106,000

Other information:

Condition: Good;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**  $ 15,000.00

**Current value of the portion you own?**  $ 15,000.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**................................................................................➤    $ 35,000.00

---

**Part 3:**    **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

Household Goods and Furniture

Do not deduct secured claims or exemptions.

$ 1,200.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

Televisions, Cell Phones, Computer

$ 2,500.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe...

Treadmill, Exercise Bike/Childs Bench Set

$ 150.00

Debtor 1  <u>Meredith Slayden Dillard & Matthew Dennis Dillard</u>          Case number *(if known)* <u>24-30664-AEC</u>
          First Name   Middle Name   Last Name

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

| 1 Gun |

$ <u>150.00</u>

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Everyday Clothes |

$ <u>500.00</u>

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

☑ No
☐ Yes. Describe...

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
you have attached for Part 3. Write that number here**............................................................................................➤    $ <u>4,500.00</u>

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    | Current value of the portion you own?

Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes...............................................................................................................................    Cash ............................    $ <u>_____</u>

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................    Institution name:

17.1. Checking account:    Oconee State Bank    $ <u>100.00</u>

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in
an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

Name of entity:    % of ownership:

Debtor 1 <u>Meredith Slayden Dillard & Matthew Dennis Dillard</u>      Case number*(if known)* <u>24-30664-AEC</u>
       First Name      Middle Name      Last Name

| | | | |
|---|---|---|---|
| MTSD, Inc. | 100 | % | $ 0.00 |
| Dillard Construction and Services, LLC | 100 | % | $ Unknown |
| M and M and M Partnership | 1 | % | $ 1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| 2022 Tax Refund, 2023 Tax Refund | Federal: | $ 12,430.00 |
|---|---|---|
| | State: | $ 0.00 |
| | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

Debtor 1  Meredith Slayden Dillard & Matthew Dennis Dillard          Case number *(if known)* 24-30664-AEC
_____
First Name    Middle Name    Last Name

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Give specific information....

| Breach and Commercial Tort Claims against Federal Express, Kimberly Whigham, Chris Donley, Jim French, and Will Clark; Legal Malpractice against Laurie Vickery | $ Unknown |

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................➤   $ 12,531.00

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe........

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Slayden Brothers Partnership Ltd. | 1 | % | $ 100.00 |
| S & B Partnership | 1 | % | $ 100.00 |

Debtor 1    Meredith Slayden Dillard & Matthew Dennis Dillard    Case number *(if known)* 24-30664-AEC
First Name        Middle Name        Last Name

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information ...........

**45. Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................................➤   $ 200.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................................➤   $ 0.00

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

**55. Part 1: Total real estate, line 2** ................................................................................................➤   $ 850,000.00

**56. Part 2: Total vehicles, line 5**                                   $ 35,000.00

**57. Part 3: Total personal and household items, line 15**           $ 4,500.00

**58. Part 4: Total financial assets, line 36**                        $ 12,531.00

**59. Part 5: Total business-related property, line 45**              $ 200.00

**60. Part 6: Total farm- and fishing-related property, line 52**     $ 0.00

**61. Part 7: Total other property not listed, line 54**           +  $ 0.00

**62. Total personal property. Add lines 56 through 61** ...................   $ 52,231.00      Copy personal property total➤   + $ 52,231.00

**63. Total of all property on Schedule A/B. Add line 55 + line 62**                                             $ 902,231.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Meredith Slayden Dillard |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: Middle District of Georgia |
| Case number | 24-30664-AEC |
| (If known) | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| Debtor 1 Exemptions | Copy the value from *Schedule A/B* | Check only one box for each exemption | |
| Brief description: 1620 Coneflower Lane<br>Line from *Schedule A/B*: 1.1 | $ 850,000.00 | ☑ $ 16,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(1) |
| Brief description: Household Goods - Household Goods and Furniture<br>Line from *Schedule A/B*: 6 | $ 1,200.00 | ☑ $ 2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Electronics - Televisions, Cell Phones, Computer<br>Line from *Schedule A/B*: 7 | $ 2,500.00 | ☑ $ 1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor   **Meredith Slayden Dillard**
First Name   Middle Name   Last Name

Case number *(if known)*   24-30664-AEC

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Sports & Hobby Equipment - Treadmill, Exercise Bike/Childs Bench Set<br>Line from *Schedule A/B*: 9 | $ 150.00 | ☑ $ 75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Firearms - 1 Gun<br>Line from *Schedule A/B*: 10 | $ 150.00 | ☑ $ 75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Clothing - Everyday Clothes<br>Line from *Schedule A/B*: 11 | $ 500.00 | ☑ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: M and M and M Partnership<br>Line from *Schedule A/B*: 19 | $ 1.00 | ☑ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: 2022 Tax Refund (owed to debtor)<br>Line from *Schedule A/B*: 28 | $ 8,430.00 | ☑ $ 2,275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: 2023 Tax Refund (owed to debtor)<br>Line from *Schedule A/B*: 28 | $ 4,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Slayden Brothers Partnership Ltd.<br>Line from *Schedule A/B*: 42 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: S & B Partnership<br>Line from *Schedule A/B*: 42 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Matthew Dennis Dillard | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Georgia

Case number    24-30664-AEC
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property Debtor 2 Exemptions | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1620 Coneflower Lane <br> Line from *Schedule A/B*: 1.1 | $ 850,000.00 | ☑ $ 16,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(1) |
| Brief description: Household Goods - Household Goods and Furniture <br> Line from *Schedule A/B*: 6 | $ 1,200.00 | ☑ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Electronics - Televisions, Cell Phones, Computer <br> Line from *Schedule A/B*: 7 | $ 2,500.00 | ☑ $ 1,250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor    **Matthew Dennis Dillard**
First Name    Middle Name    Last Name

Case number *(if known)*   24-30664-AEC

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sports & Hobby Equipment - Treadmill, Exercise Bike/Childs Bench Set  Line from *Schedule A/B:* 9 | $ 150.00 | ☑ $ 75.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Firearms - 1 Gun  Line from *Schedule A/B:* 10 | $ 150.00 | ☑ $ 75.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Clothing - Everyday Clothes  Line from *Schedule A/B:* 11 | $ 500.00 | ☑ $ 250.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: MTSD, Inc.  Line from *Schedule A/B:* 19 | $ 0.00 | ☑ $ 0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Dillard Construction and Services, LLC  Line from *Schedule A/B:* 19 | $ Unknown | ☑ $ 100.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: 2022 Tax Refund (owed to debtor)  Line from *Schedule A/B:* 28 | $ 8,430.00 | ☑ $ 2,275.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: 2023 Tax Refund (owed to debtor)  Line from *Schedule A/B:* 28 | $ 4,000.00 | ☑ $ 2,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description:  Line from *Schedule A/B:* | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B:* | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B:* | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B:* | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B:* | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |

| Fill in this information to identify your case: |
| --- |

Debtor 1 ___Meredith Slayden Dillard___
       First Name      Middle Name      Last Name

Debtor 2 ___Matthew Dennis Dillard___
(Spouse, if filing)  First Name    Middle Name      Last Name

United States Bankruptcy Court for the: Middle District of Georgia

Case number ___24-30664-AEC___
(if know)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
| --- | --- | --- | --- | --- |
| 2.1 | Describe the property that secures the claim: | $ 17,645.66 | $ 20,000.00 | $ 0.00 |

**Creditor's Name** Bank of America

P. O. Box 17237
Number    Street
Wilmington DE    19886
City    State    ZIP Code

2020 Infiniti QX80 - $20,000.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.2 | | Describe the property that secures the claim: | $ 110,577.05 | $ 850,000.00 | $ 0.00 |

Mitsubishi HC Capital America, Inc.
Creditor's Name

3424 Peachtree Road NE
Number        Street

Suite 1600

Atlanta GA    30326
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  05/03/2023

1620 Coneflower Lane - $850,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

---

| 2.3 | | Describe the property that secures the claim: | $ 105,703.98 | $ 850,000.00 | $ 0.00 |

NAPREC II, LLC
Creditor's Name

c/o Amber Giessmann
Number        Street

P.O. Box 2

Labadie MO    63055
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  02/23/2023

1620 Coneflower Lane - $850,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

---

| 2.4 | | Describe the property that secures the claim: | $ 63,194.07 | $ 850,000.00 | $ 0.00 |

NAPREC II, LLC
Creditor's Name

c/o Amber Giessmann
Number        Street

P.O. Box 2

Labadie MO    63055
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  02/23/2023

1620 Coneflower Lane - $850,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

Debtor    Meredith Slawter Dillard & Matthew Dennis Dillard                      Case number (if known)
          First Name    Middle Name    Last Name

| 2.5 | | Describe the property that secures the claim: | $ 22,159.77 | $ 850,000.00 | $ 0.00 |

**PNC Bank**
Creditor's Name

P. O. Box 8807
Number          Street

Dayton OH    45401

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a
  community debt

Date debt was incurred _____

1620 Coneflower Lane - $850,000.00

**As of the date you file, the claim is:** Check all
that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or
  secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

| 2.6 | | Describe the property that secures the claim: | $ 293,571.56 | $ 850,000.00 | $ 0.00 |

**PNC Bank**
Creditor's Name

P. O. Box 8807
Number          Street

Dayton OH    45401

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a
  community debt

Date debt was incurred _____

1620 Coneflower Lane - $850,000.00

**As of the date you file, the claim is:** Check all
that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or
  secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

| 2.7 | | Describe the property that secures the claim: | $ 192,613.54 | $ 850,000.00 | $ 30,222.66 |

**Wintrust Specialty Finance**
Creditor's Name

William Sinclair
Number          Street

400 East Pratt Street, Suite 900

Baltimore MD    21202

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a
  community debt

Date debt was incurred _____

1620 Coneflower Lane - $850,000.00

**As of the date you file, the claim is:** Check all
that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or
  secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

Debtor   Meredith Slawson Dillard & Matthew Dennis Dillard
         First Name   Middle Name   Last Name          Case number (if known)

| 2.8 | | Describe the property that secures the claim: | $ 92,402.69 | $ 850,000.00 | $ 0.00 |

**Wintrust Specialty Finance**
Creditor's Name

**William Sinclair**

Number      Street
**400 East Pratt Street, Suite 900**

**Baltimore MD   21202**
City      State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a
      community debt

Date debt was incurred _____

1620 Coneflower Lane - $850,000.00

**As of the date you file, the claim is:** Check all
that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or
      secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

Add the dollar value of your entries in Column A on this page. Write that number here:      **$ 897,868.32**

---

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Bank of America**
Creditor's Name

**C T Corporation System**

Number      Street
**289 S. Culver Street**

**Lawrenceville GA   30046**
City      State   ZIP Code

On which line in Part 1 did you enter the creditor?  2.1
Last 4 digits of account number _____

**Mitsubishi HC Capital America, Inc.**
Creditor's Name

**Corporation Service Company**

Number      Street
**2 Sun Court, Suite 400**

**Peachtree Corners GA   30092**
City      State   ZIP Code

On which line in Part 1 did you enter the creditor?  2.2
Last 4 digits of account number _____

**PNC Bank National Association**
Creditor's Name

**2 Sun Court**

Number      Street
**Suite 400**

**Norcross GA   30092**
City      State   ZIP Code

On which line in Part 1 did you enter the creditor?  2.6
Last 4 digits of account number _____

**PNC Bank, N.A. f/n/a/ RBC Bank (USA)**
Creditor's Name

**2 Sun Court**

Number      Street
**Norcross GA   30092**
City      State   ZIP Code

On which line in Part 1 did you enter the creditor?  2.5
Last 4 digits of account number _____

**Unifi Equipment Finance, Inc.**
Creditor's Name

**Matthew Lee/Wright Law Group**

Number      Street
**P. O. 54697**

**Atlanta GA   30308**
City      State   ZIP Code

On which line in Part 1 did you enter the creditor?  2.4
Last 4 digits of account number _____

Unifi Equipment Finance, Inc.

Creditor's Name

Matthew Lee/Wright Law Group

Number      Street

P. O. 54697

Atlanta GA      30308

City      State    ZIP Code

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number

---

Wintrust Asset Finance, Inc.

Creditor's Name

Registered Agent Solutions, Inc.

Number      Street

900 Old Roswell Lakes Pkwy, Suite 310

Roswell GA      30076

City      State    ZIP Code

On which line in Part 1 did you enter the creditor?  2.7

Last 4 digits of account number

---

Wintrust Asset Finance, Inc.

Creditor's Name

Registered Agent Solutions, Inc.

Number      Street

900 Old Roswell Lakes Pkwy, Suite 310

Roswell GA      30076

City      State    ZIP Code

On which line in Part 1 did you enter the creditor?  2.8

Last 4 digits of account number

| Fill in this information to identify your case: |
|---|

Debtor 1 _____Meredith Slayden Dillard_____
First Name        Middle Name        Last Name

Debtor 2 _____Matthew Dennis Dillard_____
(Spouse, if filing) First Name      Middle Name        Last Name

United States Bankruptcy Court for the:  Middle District of Georgia

Case number _____24-30664-AEC_____
(if know)

☐ Check if this is
an amended
filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☑ **No. Go to Part 2.**
   ☐ **Yes.**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ **No. You have nothing else to report in this part. Submit to the court with your other schedules.**
   ☑ **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

| 4.1 | Allegiant Partners | Last 4 digits of account number ___ ___ ___ ___ | $ 224,420.00 |
|---|---|---|---|

**When was the debt incurred?** _____

Allegiant Partners
Nonpriority Creditor's Name

123 SW Columbia Street
Number        Street

Suite 100

Bend  OR   97702
City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Guaranty

| 4.2 | | |
|---|---|---|
| **Ally Bank** | **Last 4 digits of account number** ___ ___ ___ ___ | $ 13,093.92 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

P. O. Box 9001948

Number          Street
Louisville KY    40290

City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Guaranty

---

| 4.3 | | |
|---|---|---|
| **Discover Card** | **Last 4 digits of account number** ___ ___ ___ ___ | $ 27,198.20 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

P. O. Box 71242

Number          Street
Charlotte NC     28272

City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

| 4.4 | | |
|---|---|---|
| **Eastern Funding** | **Last 4 digits of account number** ___ ___ ___ ___ | $ 14,315.86 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

P. O. Box 5441

Number          Street
White Plains NY   10602

City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Guaranty

| 4.5 | Falcon Equipment Finance | Last 4 digits of account number ____ | $ 238,139.35 |
|---|---|---|---|

**Falcon Equipment Finance**
Nonpriority Creditor's Name

28 11th Ave. South
Number          Street

Suite 103

Saint Cloud MN     56301
City          State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty

---

| 4.6 | Ford Motor Credit Company | Last 4 digits of account number ____ | $ 40,197.23 |
|---|---|---|---|

**Ford Motor Credit Company**
Nonpriority Creditor's Name

P. O. Box 650575
Number          Street

75625
City          State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty on Ford F150

---

| 4.7 | Ford Motor Credit Company | Last 4 digits of account number ____ | $ 76,069.00 |
|---|---|---|---|

**Ford Motor Credit Company**
Nonpriority Creditor's Name

P. O. Box 650575
Number          Street

Dallas TX     75265
City          State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty

Debtor    Meredith Slawsky Dillard & Matthew Dennis Dillard

| 4.8 | Hanmi Bank | | **Last 4 digits of account number** ___ ___ ___ ___ | $ 88,541.00 |

**4.8**

Hanmi Bank
Nonpriority Creditor's Name

3700 Crestwood Pkwy NW
Number        Street

#360

Duluth GA      30096
City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty

$ 88,541.00

---

**4.9**

Mercedes Benz
Nonpriority Creditor's Name

P. O. Box 5620
Number        Street

Carol Stream IL      60197
City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty

$ 4,756.00

---

**4.10**

SYNCB/Lowes
Nonpriority Creditor's Name

P. O. Box 965005
Number        Street

Orlando FL      32896
City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 4,000.00

---

| 4.11 | United Community Bank | Last 4 digits of account number _____ | $ Unknown |

**Last 4 digits of account number** _____

| 4.11 | United Community Bank |
Nonpriority Creditor's Name

P. O. Box 249
Number          Street
Blairsville GA    30514
City          State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.12 | Wells Fargo | | $ 89,933.00 |

Nonpriority Creditor's Name

P. O. Box 1450
Number          Street
Minneapolis MN    55485
City          State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Guaranty

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Allegiant Partners Incorporated
Creditor's Name

Corporation Service Company

Number    Street
2 Sun Court, Suite 400

Norcross GA    30092

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.1  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Ally Financial
Creditor's Name

c/o AIS Portfolio Services

Number    Street
4515 N Santa Fe Ave.

Oklahoma City OK    73118

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.2  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Asset Compliance Solutions
Creditor's Name

65 Lawrence Bell Drive

Number    Street
Suite 101

Buffalo NY    14221

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.9  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

Constar Financial Services, LLC
Creditor's Name

10400 N. 25th Ave.
Number        Street

Suite 100

Phoenix AZ      85021
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.2  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

Discover Financial
Creditor's Name

Attn: Bankruptcy Department
Number        Street

P. O. Box 3025

New Albany OH      43054
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.3  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

Fitsource Advantage, LLC
Creditor's Name

205 Bryant Woods South
Number        Street

Buffalo NY      14228
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.9  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

Ford Motor Credit Company
Creditor's Name

The Corporation Company
Number        Street

106 Colony Park Drive, Ste 800-B

Cumming GA      30040
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.6  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

Ford Motor Credit Company
Creditor's Name

Tax Dept., Ford WHQ, Room 612
Number        Street

1 American Road

Dearborn MI      48126
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.6  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

Ford Motor Credit Company
Creditor's Name

The Corporation Company
Number        Street

106 Colony Park Drive, Ste 800-B

Cumming GA      30040
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.7  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

Ford Motor Credit Company
Creditor's Name

Tax Dept., Ford WHQ, Room 612
Number        Street

1 American Road

Dearborn MI      48126
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.7  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

Debtor 1 Meredith Slawson Dillard & Matthew Dennis Dillard

| | |
|---|---|
| Hanmi Bank | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| Corporation Service Company | Line **4.8** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 2 Sun Court, Suite 400 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Norcross GA 30092 | |
| City State ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| Hanmi Bank | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| Vivian Kim | Line **4.8** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 3660 Wilshire Blvd, PH-A | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Los Angeles CA 90010 | |
| City State ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| Mercedes Benz Financial Services USA, LLC | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| C T Corporation System | Line **4.9** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 289 S. Culver Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Lawrenceville GA 30046 | |
| City State ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| Mercedes Benz Financial Services USA, LLC | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| 35555 W. Twelve Mile Road | Line **4.9** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Suite 100 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Farmington MI 48331 | |
| City State ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| SRA Associates | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| 28820 Mound Road | Line **4.9** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Warren MI 48092 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City State ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| United Community Bank | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| Attn: Melinda Lux | Line **4.11** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 125 Hwy 515 East | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Blairsville GA 30512 | |
| City State ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| United Community Bank | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| C T Corporation System | Line **4.11** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 289 South Culver Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Lawrenceville GA 30046 | |
| City State ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| Wells Fargo Bank | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| 1100 Corporate Center Drive | Line **4.12** of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Raleigh NC 27607 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| City State ZIP Code | Claims |

Debtor   Meredith Slawder Dillard & Matthew Dennis Dillard
First Name     Middle Name     Last Name                                        Case number (if known)

| Last 4 digits of account number |
|---|

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 820,663.56 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 820,663.56 |

| Fill in this information to identify your case: |
| --- |

Debtor 1  Meredith Slayden Dillard
          First Name   Middle Name   Last Name

Debtor 2  Matthew Dennis Dillard
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Middle District of Georgia

Case number  24-30664-AEC
(if know)

☐ Check if this is
   an amended
   filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
| --- | --- |
| | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Meredith Slayden Dillard |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Matthew Dennis Dillard |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:  Middle District of Georgia

Case number    24-30664-AEC
(if know)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2:  **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** MTSD, Inc. <br> Name <br> 1620 Coneflower Lane <br> Street <br> Statham                 GA      30666 <br> City                State    ZIP Code | ☑ Schedule D, line 2.4 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** MTSD, Inc. <br> Name <br> 1620 Coneflower Lane <br> Street <br> Statham                 GA      30666 <br> City                State    ZIP Code | ☑ Schedule D, line 2.3 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** MTSD, Inc. <br> Name <br> 1620 Coneflower Lane <br> Street <br> Statham                 GA      30666 <br> City                State    ZIP Code | ☑ Schedule D, line 2.2 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.4** MTSD, Inc. <br> Name <br> 1620 Coneflower Lane <br> Street <br> Statham                 GA      30666 <br> City                State    ZIP Code | ☑ Schedule D, line 2.7 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Debtor   Meredith Slawson Dillard & Matthew Dennis Dillard

| 3.5 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.1 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

| 3.6 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.2 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

| 3.7 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.9 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

| 3.8 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.4 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

| 3.9 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.12 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

| 3.10 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.6 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

| 3.11 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.7 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

| 3.12 | MTSD, Inc. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.8 |
| | 1620 Coneflower Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Statham                          GA        30666 | |
| | City                        State    ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Meredith Slayden Dillard |
| | First Name      Middle Name      Last Name |
| Debtor 2 | Matthew Dennis Dillard |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | Middle District of Georgia |
| Case number (If known) | 24-30664-AEC |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | Construction |
| **Employer's name** | | Dillard Construction and Services, LLC |
| **Employer's address** | | 1620 Coneflower Lane |
| | Number   Street | Number   Street |
| | | |
| | City      State   ZIP Code | Statham, GA 30666 |
| | | City      State   ZIP Code |
| **How long employed there?** | | 1 and 1/2 Years |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ 0.00 | $ 0.00 |

Debtor 1    Meredith Slayden Dillard & Matthew Dennis Dillard        Case number *(if known)*   24-30664-AEC
            First Name    Middle Name    Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here ........................................................➔ 4.  $ 0.00  $ 0.00

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + $ 0.00 | + $ 0.00 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 8,500.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income. Specify:** _____   8h.   + $ 0.00   + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00   $ 8,500.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 0.00   **+**   $ 8,500.00   **=**   $ 8,500.00

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. **+**   $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 8,500.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Meredith Slayden Dillard |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Matthew Dennis Dillard |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Middle District of Georgia |
| | (State) |
| Case number | 24-30664-AEC |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
        ☑ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 8 | ☐ No  ☑ Yes |
| Child | 10 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,344.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Meredith Slayden Dillard & Matthew Dennis Dillard | Case number *(if known)* | 24-30664-AEC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____412.00 |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $_____600.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $_____80.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____600.00 |
| | 6d.   Other. Specify: _____ | 6d. | $_____0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $_____1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____0.00 |
| 10. | **Personal care products and services** | 10. | $_____0.00 |
| 11. | **Medical and dental expenses** | 11. | $_____1,080.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | $_____200.00 |
| | 15b.   Health insurance | 15b. | $_____0.00 |
| | 15c.   Vehicle insurance | 15c. | $_____550.00 |
| | 15d.   Other insurance. Specify:_____ | 15d. | $_____0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $_____1,051.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. | $_____0.00 |
| | 17c.   Other. Specify:_____ | 17c. | $_____0.00 |
| | 17d.   Other. Specify:_____ | 17d. | $_____0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $_____0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. | $_____0.00 |
| | 20b.   Real estate taxes | 20b. | $_____0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. | $_____0.00 |

| Debtor 1 | Meredith Slayden Dillard | | | Case number *(if known)* | 24-30664-AEC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | |
|---|---|---|---|
| 21. **Other**. Specify:_____ | | 21. | +$_____0.00 |
| _____ | | | +$_____ |
| _____ | | | +$_____ |

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                   22a.   $_____8,367.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a   22b.   $_____

    and 22b. The result is your monthly expenses.             22c.   $_____8,367.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*       23a.   $_____8,500.00

    23b. Copy your monthly expenses from line 22c above.          23b. − $_____8,367.00

    23c. Subtract your monthly expenses from your monthly income.

        The result is your *monthly net income.*             23c.   $_____133.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.       Explain here:

**Fill in this information to identify your case:**

Debtor 1    Meredith Slayden Dillard
_____
First Name        Middle Name        Last Name

Debtor 2    Matthew Dennis Dillard
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the Middle District of Georgia

Case number    24-30664-AEC
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Meredith Slayden Dillard                    ✖ /s/ Matthew Dennis Dillard
_____              _____
Signature of Debtor 1                              Signature of Debtor 2

Date 01/09/2025                                   Date 01/09/2025
    MM / DD / YYYY                                     MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    Meredith Slayden Dillard
_____
First Name    Middle Name    Last Name

Debtor 2    Matthew Dennis Dillard
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Middle District of Georgia

Case number    24-30664-AEC
(if know)

☐ Check if this is
an amended
filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2:    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 63,333.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 124,800.00 |
| **For last calendar year:**<br><br>(January 1 to December 31, 2023 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 76,000.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 116,000.00 |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2022 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 80,000.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 19,900.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether it is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

Debtor   Meredith Slayden Dillard & Matthew Dennis Dillard   Case number (if known) 24-30664-AEC
         First Name    Middle Name    Last Name

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Slayden Brothers Partnership Ltd. | $ 3,758.00 | | |
| | S & B Partnership | $ 4,000.00 | | |
| | Advance Against Inheritance | $ 35,000.00 | | |
| **For last calendar year:**<br><br>(January 1 to December 31, 2023 ) | Slayden Brothers Partnership Ltd. | $ 1,364.00 | | |
| | S & B Partnership | $ 489.00 | | |
| | Cancellation of Debt | $ 5,368.00 | | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2022 ) | Slayden Brothers Partnership Ltd. | $ 1,573.00 | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **PNC Bank**<br>Creditor's Name<br>**P. O. Box 8807**<br>Number                Street<br>**Dayton OH      45401**<br>City      State      ZIP Code | 11/14/2024<br>10/21/2024<br>10/08/2024<br>11/14/2024 | $ 8,187.00 | $ 293,571.56 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

Debtor   _Meredith Slayden Dillard & Matthew Dennis Dillar_   Case number(if known) _24-30664-AEC_
<sub>First Name        Middle Name        Last Name</sub>

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

Debtor    Meredith Slayden Dillard & Matthew Dennis Dillard    Case number *(if known)* 24-30664-AEC

First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Lamberth, Cifelli, Ellis & Nason, P.A.<br><br>Person Who Was Paid<br><br>6000 Lake Forrest Drive, NW<br><br>Number    Street<br><br>Suite 290<br><br>Atlanta GA    30328<br><br>City    State    ZIP Code<br><br><br>Email or website address<br><br><br>Person Who Made the Payment, if Not You | The case was originally filed by Rountree, Leitman, Klein & Geer, LLC ("RLKG"). Debtors paid $35,000.00 to RLKG on December 18, 2024, for a retainer and payment of filing fees. RLKG paid the $1,738 filing fee. LCEN was substituted for RLKG on December 20, 2024. RLKG transferred to LCEN the sum of $33,262 on December 23, 2024, representing the balance of the retainer after payment of the filing fee. | 12/2024 | $ 35,000.00<br>$ _____ |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

Debtor    Meredith Slayden Dillard & Matthew Dennis Dillard    Case number (if known) 24-30664-AEC
First Name    Middle Name    Last Name

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☑ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| MTSD, Inc. <br> Business Name <br> 1620 Coneflower Lane <br> Number    Street <br> Statham GA    30666 <br> City    State    ZIP Code | Transportation <br><br> **Name of accountant or bookkeeper** <br> Longest & Associates | EIN: 4_ 5_ – 1_ 9_ 4_ 9_ 5_ 2_ 2_ <br> **Dates business existed** <br> From 04/18/2011  To 10/28/2022 |
| Slayden Brothers Partnership Ltd <br> Business Name <br> 108 East Main Street <br> Number    Street <br> Waverly TN    37185 <br> City    State    ZIP Code | Family Limited Partnership (Meredith Dillard - 1%) <br><br> **Name of accountant or bookkeeper** | EIN: 6_ 2_ – 6_ 4_ 8_ 5_ 2_ 4_ __ <br> **Dates business existed** <br> From ____  To Current |
| S & B Partnership <br> Business Name <br> 108 East Main Street <br> Number    Street <br> Waverly TN    37185 <br> City    State    ZIP Code | Family Limited Partnership (Meredith Dillard - 1%) <br><br> **Name of accountant or bookkeeper** | EIN: 6_ 2_ – 0_ 6_ 6_ 8_ 8_ 4_ 8_ <br> **Dates business existed** <br> From ____  To Current |

Debtor _____Meredith Slayden Dillard & Matthew Dennis Dillard_____   Case number *(if known)* _24-30664-AEC_
First Name          Middle Name          Last Name

| | | |
|---|---|---|
| Dillard Construction and Services, LLC | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| Business Name | Construction, Renovations | |
| 1620 Coneflower Lane | | EIN: _9__3_ – _1__3__7__7__9__0__6_ |
| Number          Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Statham GA        30666 | Longest & Associates | |
| City        State        ZIP Code | | From _05/09/2023_ To _Current_ |

| | | |
|---|---|---|
| M and M and M Partnership | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| Business Name | Inactive Family Partnership | |
| 108 East Main Street | | EIN: _6__2_ – _1__1__2__5__1__9__5_ |
| Number          Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Waverly TN        37185 | | |
| City        State        ZIP Code | | From _____ To _12/31/2021_ |

**28.Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor   Meredith Slayden Dillard & Matthew Dennis Dillard    Case number *(if known)* 24-30664-AEC

First Name    Middle Name    Last Name

---

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Meredith Slayden Dillard                    ✖ /s/ Matthew Dennis Dillard
Signature of Debtor 1                                    Signature of Debtor 2

Date  01/09/2025                                        Date  01/09/2025

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Meredith Slayden Dillard |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Matthew Dennis Dillard |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Middle District of Georgia |
| Case number | 24-30664-AEC |
| (If known) | |

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income    12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 10,400.0 | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 1,900.00 | | |
| Net monthly income from a business, profession, or farm | 0.00 | 8,500.00 Copy here ➜ | $ 0.00 | $ 8,500.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 Copy here ➜ | $ 0.00 | $ 0.00 |

Debtor 1  Meredith Slayden Dillard

First Name   Middle Name   Last Name

Case number (if known)   24-30664-AEC

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................↓

For you ................................................ $_____
For your spouse ................................................ $_____

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ 0.00 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | $ 0.00 | $ 0.00 |
|---|---|---|
| | $ 0.00 | $ 0.00 |
| | + $ 0.00 | + $ 0.00 |

Total amounts from separate pages, if any.

| | $ 0.00 | + $ 8,500.00 | = $ 8,500.00 |
|---|---|---|---|

**Total current monthly income**

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

---

**Part 2:**   **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ /s/ Meredith Slayden Dillard
_____
Signature of Debtor 1

01/09/2025
Date _____
MM / DD   / YYYY

✗ /s/ Matthew Dennis Dillard
_____
Signature of Debtor 2

01/09/2025
Date_____
MM / DD   / YYYY

United States Bankruptcy Court

Middle District of Georgia

In re:  Meredith Slayden Dillard & Matthew Dennis
Dillard

Case No.  24-30664-AEC

Chapter   11

                    Debtor(s)

**Verification of Creditor Matrix**

    The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____01/09/2025_____

/s/ Meredith Slayden Dillard
_____
Signature of Debtor

/s/ Matthew Dennis Dillard
_____
Signature of Joint Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 24-30664-AEC |
| MEREDITH SLAYDEN DILLARD | ) | |
| MATTHEW DENNIS DILLARD, | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | (Subchapter V) |

**SUPPLEMENTAL LIST OF CREDITORS
AND ADDITIONAL NOTICE PARTIES**

Allegiant Partners Incorporated
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

Ally Financial
c/o AIS Portfolio Services
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Bank of America
C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Discover Financial
Attn: Bankruptcy Department
P. O. Box 3025
New Albany, OH 43054

Falcon Equipment Finance
28 11th Ave. South
Suite 103
Saint Cloud, MN 56301

Fitsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

Ford Motor Credit Company
P. O. Box 650575
Dallas, TX 75265

Ford Motor Credit Company
The Corporation Company
106 Colony Park Drive, Ste 800-B
Cumming, GA 30040

Ford Motor Credit Company
Tax Dept., Ford WHQ, Room 612
1 American Road
Dearborn, MI 48126

Hanmi Bank
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

Hanmi Bank
Vivian Kim
3660 Wilshire Blvd, PH-A
Los Angeles, CA 90010

Mercedes Benz Financial Services
USA, LLC
C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Mercedes Benz Financial Services
USA, LLC
35555 W. Twelve Mile Road
Suite 100
Farmington, MI 48331

MTSD, Inc.
1620 Coneflower Lane
Statham, GA 30666

NAPREC II, LLC
c/o Amber Giessmann
P.O. Box 2
Labadie, MO 63055

PNC Bank National Association
2 Sun Court
Suite 400
Norcross, GA 30092

PNC Bank, N.A. f/n/a/ RBC Bank
(USA)
2 Sun Court
Norcross, GA 30092

SYNCB/Lowes
P. O. Box 965005
Orlando, FL 32896

Mitsubishi HC Capital America, Inc.
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

United Community Bank
P. O. Box 249
Blairsville, GA 30514

United Community Bank
Attn: Melinda Lux
125 Hwy 515 East
Blairsville, GA 30512

United Community Bank
C T Corporation System
289 South Culver Street
Lawrenceville, GA 30046

Wells Fargo Bank
1100 Corporate Center Drive
Raleigh, NC 27607

Wintrust Asset Finance, Inc.
Registered Agent Solutions, Inc.
900 Old Roswell Lakes Pkwy, Suite 310
Roswell, GA 30076

Dated: January 9, 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Proposed Attorneys for Debtors*

By: */s/ G. Frank Nason, IV*
      G. Frank Nason, IV
      Georgia Bar No. 535160

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 24-30664-AEC |
| MEREDITH SLAYDEN DILLARD | ) | |
| MATTHEW DENNIS DILLARD, | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | (Subchapter V) |

## RULE 2016 DISCLOSURE STATEMENT OF COMPENSATION
## OF ATTORNEY FOR DEBTORS

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am an officer in the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., (the "Firm") and that compensation paid to the Firm within one year before the filing of the petition in bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of Debtors in contemplation of or in connection with the bankruptcy case is as follows:

a.      For legal services, the Firm will charge its hourly rates, subject to Court approval;

b.      The case was originally filed by Rountree, Leitman, Klein & Geer, LLC ("RLKG"). Debtors paid $35,000.00 to RLKG on December 18, 2024, for a retainer and payment of filing fees. RLKG paid the $1,738 filing fee. LCEN was substituted for RLKG on December 20, 2024. RLKG transferred to LCEN the sum of $33,262 on December 23, 2024, representing the balance of the retainer after payment of the filing fee.

c.      The fees have not been shared and will not be shared with any other person, other than members and associates of the Firm.

Dated: January 9, 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
Attorneys for Debtors

By: */s/ G. Frank Nason, IV*
    G. Frank Nason, IV
    Georgia Bar No. 535160

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)