UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 24-30664-AEC |
| MEREDITH SLAYDEN DILLARD | ) | |
| MATTHEW DENNIS DILLARD, | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | (Subchapter V) |
| | ) | |

## CERTIFICATE OF SERVICE

This certifies that on March 21, 2025, the (i) *Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession* (the "Plan")(Doc. No. 50), (ii) *Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan* (the "Confirmation Hearing Order")(Doc. No. 51), and where applicable, a *Ballot* were served as follows:

(1) The Plan, Confirmation Hearing Order, and Class 1B Ballot were served as set forth on Exhibit "A;"

(2) The Plan, Confirmation Hearing Order, and Class 1C Ballot were served as set forth on Exhibit "B;"

(3) The Plan, Confirmation Hearing Order, and Class 1D Ballot were served as set forth on Exhibit "C;"

(4) The Plan, Confirmation Hearing Order, and Class 2A Ballot were served as set forth on Exhibit "D;

(5) The Plan, Confirmation Hearing Order, and Class 2B Ballot were served as set forth on Exhibit "E;" and

(6) The Plan and Confirmation Hearing Order were served on unimpaired classes and on

creditors and parties in interest not included in a Class as set forth on Exhibit "F."

Dated: March 24, 2025

<div style="margin-left:50%">

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Attorneys for Debtors*

By: /s/ G. Frank Nason, IV
   G. Frank Nason, IV
   Georgia Bar No. 535160

</div>

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, I did cause a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 1B)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/21/2025

/s/ G. Frank Nason, IV
G. Frank Nason, IV  535160
Attorney for Debtor
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA  30328
404 316 7606
fnason@lcenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 24-30664-AEC |
| Meredith Slayden Dillard<br>Matthew Dennis Dillard | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 51 |

On 3/21/2025, a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 1B)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forest Drive, NW, Suite 290
Atlanta, GA  30328

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled BYPASS NOTICE were not served via First Class USPS Mail Service.

BANK OF AMERICA
C T CORPORATION SYSTEM
289 S. CULVER STREET
LAWRENCEVILLE, GA 30046

BANK OF AMERICA
PO BOX 17237
WILMINGTON, DE 19850-7237

BANK OF AMERICA
P. O. BOX 31785
TAMPA, FL 33631-3785

BANK OF AMERICA
P. O. BOX 15312
WILMINGTON, DE 19850-5312

**Exhibit "B"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, I did cause a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 1C)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/21/2025

/s/ G. Frank Nason, IV
G. Frank Nason, IV  535160
Attorney for Debtor
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA  30328
404 316 7606
fnason@lcenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 1C)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA  30328

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

WINTRUST ASSET FINANCE, INC.
REGISTERED AGENT SOLUTIONS, INC.
900 OLD ROSWELL LAKES PKWY
SUITE 310
ROSWELL, GA 30076

WINTRUST SPECIALTY FINANCE
HEMAR, ROUSSO & HEALD, LLP
C/O RAFFI KHATCHADOURIAN
15910 VENTURA BOULEVARD
ENCINO, CA 91436-2829

WINTRUST SPECIALTY FINANCE
C/O WILLIAM SINCLAIR, ESQ.
400 EAST PRATT STREET
STE. 900
BALTIMORE, MD 21202-3127

**Exhibit "C"**

1

2

3

4

5

6

7

8

9

10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

   Meredith Slayden Dillard
   Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 51

11

On 3/21/2025, I did cause a copy of the following documents, described below,

12

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

13

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

14

15

16

17

18

Ballot (Class 1D)

19

20

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

21

22

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

23

24

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/21/2025

25

/s/ G. Frank Nason, IV
G. Frank Nason, IV  535160

26

Attorney for Debtor
Lamberth, Cifelli, Ellis & Nason, P.A.

27

6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA  30328

28

404 316 7606
fnason@lcenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 1D)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forest Drive, NW, Suite 290
Atlanta, GA  30328

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled as CM/ECF SERVICE do not require service via First Class USPS Mail Service.

MITSUBISHI HC CAPITAL AMERICA INC.
CORPORATION SERVICE COMPANY
2 SUN COURT SUITE 400
PEACHTREE CORNERS GA 30092

MITSUBISHI HC CAPITAL AMERICA INC.
C/O KYE LAW GROUP P.C
201 OLD COUNTRY ROAD
SUITE 120
MELVILLE NY 11747-2725

MITSUBISHI HC CAPITAL AMERICA INC.
3424 PEACHTREE ROAD NE
STE 1600
ATLANTA GA 30326-1139

**Exhibit "D"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, I did cause a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 2A)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/21/2025

/s/ G. Frank Nason, IV
G. Frank Nason, IV  535160
Attorney for Debtor
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA  30328
404 316 7606
fnason@lcenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 2A)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forest Drive, NW, Suite 290
Atlanta, GA  30328

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were sent this notice via First Class USPS Mail Service.

ALLEGIANT PARTNERS INCORPORATED
CORPORATION SERVICE COMPANY
2 SUN COURT SUITE 400
NORCROSS GA 30092

ALLEGIANT PARTNERS INCORPORATED
360 SW BOND STREET
SUITE 340
BEND OR 97702-3556

ALLEGIANT PARTNERS INCORPORATED
123 SW COLUMBIA STREET
BEND OR 97702-3609

PNC BANK NATIONAL ASSOCIATION
2 SUN COURT
SUITE 400
NORCROSS GA 30092

PNC BANK NA
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

**Exhibit "E"**

1
2
3
4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

5

6    IN RE:                                           CASE NO: 24-30664

7    Meredith Slayden Dillard                         **DECLARATION OF MAILING**
     Matthew Dennis Dillard                           **CERTIFICATE OF SERVICE**

8                                                     Chapter: 11
                                                      ECF Docket Reference No. 51

9
10

11   On 3/21/2025, I did cause a copy of the following documents, described below,

12   Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of
     Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

13   Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in
     Possession 50

14
15
16
17
18   Ballot (Class 2B)

19
20   to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with
     sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and
     incorporated as if fully set forth herein.

21   I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.
22   com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to
     Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if
     fully set forth herein.

23   Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been
24   served electronically with the documents described herein per the ECF/PACER system.

     DATED: 3/21/2025

25                                          /s/ G. Frank Nason, IV
                                            G. Frank Nason, IV  535160
26                                          Attorney for Debtor
                                            Lamberth, Cifelli, Ellis & Nason, P.A.
27                                          6000 Lake Forrest Drive, NW, Suite 290
                                            Atlanta, GA  30328
28                                          404 316 7606
                                            fnason@lcenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

Ballot (Class 2B)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forest Drive, NW, Suite 290
Atlanta, GA  30328

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

DISCOVER FINANCIAL
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 3025
NEW ALBANY OH 43054

FALCON EQUIPMENT FINANCE
28 11TH AVE. SOUTH
SUITE 103
SAINT CLOUD MN 56301

FALCON EQUIPMENT FINANCE
C/O DEDICATED FINANCIAL GBC
4000 LEXINGTON AVE N SUITE 125
SHOREVIEW MN 55126-3153

MERCEDES BENZ FINANCIAL SERVICES USA
LLC
C T CORPORATION SYSTEM
289 S. CULVER STREET
LAWRENCEVILLE GA 30046

MERCEDES BENZ FINANCIAL SERVICES USA
LLC
35555 W. TWELVE MILE ROAD
SUITE 100
FARMINGTON MI 48331

MERCEDES BENZ FINANCIAL SERVICES USA
LLC
SRA ASSOCIATES
28820 MOUND ROAD
WARREN MI 48092-5510

MERCEDES BENZ FINANCIAL SERVICES USA
LLC
WARNER NORCROSS + JUDD LLP
ATTN ELISABETH M. VON EITZEN
150 OTTAWA AVE NW SUITE 1500
GRAND RAPIDS MI 49503-2832

SYNCB/LOWES
P. O. BOX 965005
ORLANDO FL 32896

**Exhibit "F"**

1

2

3

4

5

6

7

8

9

10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 51

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On 3/21/2025, I did cause a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/21/2025

/s/ G. Frank Nason, IV
G. Frank Nason, IV  535160
Attorney for Debtor
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, GA  30328
404 316 7606
fnason@lcenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

Meredith Slayden Dillard
Matthew Dennis Dillard

CASE NO: 24-30664-AEC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 51

On 3/21/2025, a copy of the following documents, described below,

Order Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Confirmation of Plan; and Fixing Time for Hearing on Confirmation of Plan ECF Docket Reference No. 51

Chapter 11 Plan Submitted by Meredith Slayden Dillard and Matthew Dennis Dillard, Debtors and Debtors in Possession 50

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forest Drive, NW, Suite 290
Atlanta, GA  30328

USPS FIRST CLASS MAIL RECIPIENTS: Parties with names struck through or labeled [CM/ECF SERVICE] received notice via First Class USPS Mail Service.

ALLY FINANCIAL
C/O AIS PORTFOLIO SERVICES
4515 N SANTA FE AVE.
OKLAHOMA CITY, OK 73118

CONSTAR FINANCIAL SERVICES, LLC
10400 N. 25TH AVE.
SUITE 100
PHOENIX, AZ 85021

EASTERN FUNDING
P. O. BOX 5441
WHITE PLAINS, NY 10602

FITSOURCE ADVANTAGE, LLC
205 BRYANT WOODS SOUTH
BUFFALO, NY 14228

FORD MOTOR CREDIT COMPANY
P. O. BOX 650575
DALLAS, TX 75265

FORD MOTOR CREDIT COMPANY
THE CORPORATION COMPANY
106 COLONY PARK DRIVE, STE 800-B
CUMMING, GA 30040

FORD MOTOR CREDIT COMPANY
TAX DEPT., FORD WHQ, ROOM 612
1 AMERICAN ROAD
DEARBORN, MI 48126

GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTER. BLVD
ROOM 738
ATLANTA, GA 30303-1733

GEORGIA DEPARTMENT OF REVENUE
P.O. BOX 105499
ATLANTA, GA 30348-5499

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION - ARCS-BANKRUPTCY
1800 CENTURY BLVD NE, SUITE 9100
ATLANTA, GA 30345-3202

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P. O. BOX 21126
PHILADELPHIA, PA 19114-0326

INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346

HANMI BANK
CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400
NORCROSS, GA 30092

HANMI BANK
VIVIAN KIM
3660 WILSHIRE BLVD, PH-A
LOS ANGELES, CA 90010

NAPREC II, LLC
C/O AMBER GIESSMANN
P.O. BOX 2
LABADIE, MO 63055

OFFICE OF U.S. TRUSTEE
C/O ROBERT G. FENIMORE
TRIAL ATTORNEY
440 MLK JR. BLVD STE 302
MACON, GA 31201-7987

PNC BANK NATIONAL ASSOCIATION
2 SUN COURT
SUITE 400
NORCROSS, GA 30092

PNC BANK, N.A.
C/O ALDRIDGE PITE, LLP
SIX PIEDMONT CENTER
3525 PIEDMONT ROAD, N.E., SUITE 700
91436-2829 ATLANTA, GA 30305-1608

UNITED COMMUNITY BANK
P. O. BOX 249
BLAIRSVILLE, GA 30514

UNITED COMMUNITY BANK
ATTN: MELINDA LUX
125 HWY 515 EAST
BLAIRSVILLE, GA 30512

UNITED COMMUNITY BANK
C T CORPORATION SYSTEM
289 SOUTH CULVER STREET
LAWRENCEVILLE, GA 30046

U.S. TRUSTEE - MAC
440 MLK JR. BLVD STE 302
MACON, GA 31201-7987

UNIFI EQUIPMENT FINANCE, INC.
MATTHEW LEE/WRIGHT LAW GROUP
P. O. 54697
ATLANTA, GA 30308

WELLS FARGO BANK
1100 CORPORATE CENTER DRIVE
RALEIGH, NC 27607

JENNY MARTIN WALKER - CH 11 SUBV
ADAMS, HEMINGWAY, WILSON & RUTLEDGE,
LLC
P.O. BOX 1956
MACON, GA 31202-1956